

FILED

04/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0150

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0150

_____

STATE OF MONTANA,

Petitioner and Appellee,

v.

PAMELA JO POLEJEWSKI,

Respondent and Appellant.

_____

O R D E R

Through counsel, Cascade County has filed a Notice Regarding the Inapplicability of M. R. App. P. 7 and a Request for Notice to Attorney General's Office. Cascade County points out that when self-represented Appellant Pamela Jo Polejewski filed her Notice of Appeal on March 30, 2021, she indicated that this appeal is subject to mandatory appellate mediation, pursuant to M. R. App. P. 7. Cascade County opposes such request. Cascade County further observes that while Polejewski indicated that she gave notice to the Attorney General of this constitutional challenge, Cascade County contends that she has not given notice, pursuant to M. R. App. P. 27. Cascade County requests that this Court direct Polejewski to comply with such mandate.

We conclude that Cascade County correctly explains that this case on appeal is not a proceeding requiring mandatory appellate alternative dispute resolution. M. R. App. P. 7(2). We note that the Clerk of Supreme Court has not appointed a mediator. M. R. App. P. 7(4)(b). Furthermore, pursuant to M. R. App. P. 27, Polejewski must give written notice about the constitutional challenge to § 27-1-434, MCA, to this Court and to the Attorney General's Office. Polejewski has not done so within eleven days of filing her Notice of Appeal.

Lastly, Cascade County requests that this Court set a briefing schedule upon the timely filing of the District Court record. We point out that a schedule is not necessary

because, as Cascade County acknowledges, the record has not yet been received. M. R. App. P. 9(1). The record should be received by this Court on or before May 10, 2021. Any briefing schedule should adhere to the Montana Rules of Appellate Procedure. M. R. App. P. 13(1). Therefore,

IT IS ORDERED that this appeal is NOT subject to the mediation process required by M. R. App. P. 7, as incorrectly indicated in the Notice of Appeal.

IT IS FURTHER ORDERED that Polejewski shall prepare, file, and serve a written notice, pursuant to M. R. App. P. 27, with this Court and to all counsel of record, including the Attorney General's Office.

The Clerk of the Supreme Court is directed to provide a copy to all counsel of record and to Pamela Jo Polejewski along with a copy of this Court's Civil Appellate Handbook.

DATED this 29 day of April, 2021.

For the Court,

By _____
Chief Justice

2